AO 458 (Rev. 10/95)   Appearance

E-FILED
Tuesday, 15 May, 2007 09:03:37 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

RECEIVED
MAY 1 4 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TANESSA N. DAVIS
v.
CREIDTORS DISCOUNT & AUDIT CO. d/b/a CDA LTD.

**APPEARANCE**

Case Number: 07-1120

FILED
MAY 1 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, TAnessa N. Davis

I certify that I am admitted to practice in this court.

| 5-10-07 | [signature] |
|---|---|
| Date | Signature |

| Larry P. Smith | 6217162 |
|---|---|
| Print Name | Bar Number |

205 North Michigan Avenue, 40th Floor
Address

| Chicago | Illinois | 60601 |
|---|---|---|
| City | State | Zip Code |

| (312) 222-9028 | (312) 602-3911 |
|---|---|
| Phone Number | Fax Number |