E-FILED
Friday, 06 July, 2007  12:42:40 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| TANESSA N. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No. 07-CV-1120 |
| ) | |
| CREDITORS DISCOUNT & AUDIT CO. d/b/a ) | Judge McDade |
| CDA LTD., ) | |
| ) | Magistrate Judge Cudmore |
| Defendant. ) | |

**MOTION TO VOLUNTARILY DISMISS**

NOW COMES the Plaintiff, TANESSA DAVIS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to voluntarily dismiss the Defendant, CREDITORS DISCOUNT & AUDIT CO. d/b/a. CDA LTD., with prejudice and without costs to be paid to any party.

Respectfully Submitted,
**TANESSA DAVIS**

By:  ____/s Larry P. Smith_____
Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911