**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| TANESSA N. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No. 07-CV-1120 |
| ) | |
| CREDITORS DISCOUNT & AUDIT CO. d/b/a ) | Judge McDade |
| CDA LTD., ) | |
| ) | Magistrate Judge Cudmore |
| Defendant. ) | |

**NOTICE OF FILING**

To:   CREDITORS DISCOUNT & AUDIT CO.
      c/o Ryan Olson
      Davis & Campbell, LLC
      401 Main Street, Suite 1600
      Peoria, IL 61602

**PLEASE TAKE NOTICE THAT ON** July 6, 2007, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Voluntary Motion to Dismiss with prejudice,** a copy of which is attached hereto and herewith served upon you.

By:   ___s/ Larry Smith_____
      Attorney for Plaintiff

Name:            LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For:   Plaintiff
Address:         205 N. Michigan Ave, 40th Floor
City:            Chicago, Illinois 60601
Telephone:       (312) 222-9028
Facsimile:       (312) 602-3911

**PROOF OF SERVICE**

I, the undersigned, an attorney, certify that I served this notice to the above named party at the above referenced addresses on July 6, 2007, by 5:00 p.m. from 205 N. Michigan Ave, Chicago, Illinois 60601.
.

By___s/ Larry Smith_____
   Attorney for Plaintiff